# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Noe Moreno,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                      3:07cv72

Officer Brian Foley, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/7/08 Order.

                                                 Signed: October 17, 2008

                                                 Frank G. Johns, Clerk
                                                 United States District Court